UNITED STATES OF AMERICA

    v.                                   3:03 CR 224 (PCD)

CARLOS J. DELGADO              USCA No. 03-1789

### INDEX TO THE RECORD ON APPEAL (SUPPLEMENTAL)

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 11/19/02 | 1 | Complaint | |
| 11/19/02 | 4 | Sealed Doc | |
| 12/10/02 | 9 | Bond | |
| 12/11/02 | 10 | Order | |
| 06/05/03 | 14 | Motion | 5 |
| 06/10/03 | 14 | Endorsement | 6 |
| 06/12/03 | 15 | Motion | 7 |
| 06/13/03 | | Endorsement | 8 |
| 06/30/03 | 17 | Petition | 9 |
| 06/30/03 | | Warrant | 10 |
| 07/10/03 | 18 | Bond Hearing | 11 |
| 07/10/03 | 19 | Motion | 12 |
| 07/11/03 | 21 | Rule 40 Docs | 13 |
| 07/14/03 | 21 | Endorsement | 14 |
| 08/04/03 | 23 | Motion | 15 |
| 08/04/03 | 24 | Hearing | 16 |
| 08/06/03 | 25 | Indictment | 17 |
| 08/20/03 | 26 | Arraignment | 18 |
| 08/20/03 | | Plea | 19 |
| 08/20/03 | 27 | Sch Order | 20 |

FILED 2004 NOV 22 P 2:05 U.S. DISTRICT COURT NEW HAVEN, CT

| Date | No. | Type | # |
|---|---|---|---|
| 08/22/03 | 28 | Motion | 21 |
| 09/04/03 |    | Endorsement | 22 |
| 09/22/03 | 30 | Motion | 23 |
| 09/22/03 | 31 | Motion | 24 |
| 09/22/03 | 32 | Motion | 25 |
| 09/22/03 | 33 | Motion | 26 |
| 09/22/03 | 34 | Appearance | 27 |
| 09/24/03 | 35 | Motion | 28 |
| 09/25/03 |    | Endorsement | 29 |
| 09/25/03 | 36 | Motion | 30 |
| 09/25/03 | 37 | Ruling | 31 |
| 10/07/03 | 38 | Motion | 32 |
| 10/08/03 | 39 | Motion | 33 |
| 10/08/03 | 40 | Motion | 34 |
| 10/08/03 | 41 | Memo | 35 |
| 10/08/03 | 42 | Memo | 36 |
| 10/08/03 | 43 | Memo | 37 |
| 10/08/03 | 44 | Memo | 38 |
| 10/08/03 | 45 | Ruling | 39 |
| 10/09/03 | 46 | Ruling | 40 |
| 10/15/03 | 50 | Endorsement | 41 |
| 12/01/03 | 55 | Minute Entry | 42 |
| 12/02/03 | 56 | Court Exhb Lst | 43 |
| 12/02/03 | 58 | Witness Lst | 44 |
| 12/02/03 | 59 | Verdict | 45 |
| 12/02/03 | 60 | Minute Entry | 46 |

| Date | Doc | Description | No. |
|---|---|---|---|
| 12/02/03 | | Oral Motion | 47 |
| 12/02/03 | | Mot. Den. | 48 |
| 12/02/03 | | Order | 49 |
| 12/05/03 | 62 | Acknowledgment | 50 |
| 12/08/03 | | Not of Appeal | 51 |
| 12/15/03 | 64 | Motion | 52 |
| 03/17/04 | 82 | Transcript | 53 |
| 03/17/04 | 83 | Transcript | 54 |
| 05/07/04 | | Sentence | 55 |
| 05/07/04 | | Not of Appeal | 56 |
| 05/10/04 | | Judgment | 57 |
| 09/01/04 | 98 | Transcript | 58 |

Submitted by,

MICHAEL O'BRIEN
Attorney for Defendant-Appellant
P.O. Box 581
Woodgreen Way
Syosset, NY  11791-0581
(516) 367 1204

Dated: Syosset, New York
       November 18, 2004