UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 31 P 3: 16
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA
    Plaintiff,

Docket #: 3:03cr224 (PCD)

- vs -

Carlos J. Delgado
    Defendant,

May 2, 2005

NOTICE OF MOTION FOR
MODIFYING SENTENCE

Pursuant to the Rules of Criminal Procedures Rule 35 — sentence modification. The defendant, Carlos J. Delgado, respectfully submits this notice to this court seeking a modification of the term of 37 months heretofore imposed by Honorable Peter C. Dorsey on May 7, 2004, or granting to the Defendant such other and further and different relief, as may appear just and proper.

by, C. Delgado

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 31 P 3: 16
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA
    Plaintiff,

Docket #

-vs-

Carlos J. Delgado
    Defendant,

May 2, 2005

AFFIDAVIT IN SUPPORT OF MOTION
FOR ORDER MODIFYING SENTENCE

    I, Carlos J. Delgado, acting as pro se litigant, hereby affirms the following to be true under penalties of perjury, except for those matters stated on information and belief, which I believe to be true:

    1. That I am the defendant Carlos J. Delgado.

    2. That I submit this affirmation in support of a request for order modifying sentence.

    3. That on December 2, 2003, the defendant was found guilty by a jury of his peers of the offense of "Trafficking" in unauthorized access devices.

4. That on May 7, 2004, Honorable Peter C. Dorsey sentenced the Defendant to 37 months for the offense of "Trafficking" in unauthorized access devices.

5. The defendant has been in continuous confinement since July 8, 2003, a period of 23 months to date, and is presently in U.S.P. Big Sandy, Inez, KY 41224. In February, 2006, he will be released. Subsequently, he will then be required to commence service of the term of one-year here to fore ordered to run consequently to the foregoing sentence. (see Attached "Mittimus". Defendant is now thirty-six years old.

6. The defendant respectfully seeks a sentence modification. Investigation of his record since his imprisonment will indicate that the defendant has been a well-behaved prisoner and has given every indication of reformation. That is taking full advantage of the unfortunate situation by using this time to work towards a degree in business finance.

7. In addition, the defendant requests to this Court if it would reconsider the defendant's efforts in cooperating with the F.B.I.

8. Accordingly, for a span of about eight months, the Defendant provided vast amounts of information to special agent "Bill", an undercover agent, with the FBI's Meriden office. This information revolved mainly around two high profile individuals: Jose Rivera A.K.A. "Lue Rock" and (Last name) Liscombe A.K.A. "Sug", the FBI had been curiously interested in.

9. Unfortunately, an arrest for 3 lbs. of marijuana by state authorities while out on bail had been the reason why the government conceded that a sentence reduction was undeserving in the present case.

10. Although the government had been reluctant to compromise for the defendant's cooperation, the defendant would like reinquire if this court would be willing reconsider these efforts.

11. That if such relief is granted, this would allow the defendant to commence the consecutive term of one-year now as oppose to next year.

THEREFORE the defendant prays the relief sought herein is granted.

C. Delgado
Carlos J. Delgado
# 14943-014
U.S.P. Big Sandy
P.O. Box 2068
Inez, KY 41224

## CERTIFICATE OF SERVICE

I, Carlos J. Delgado, hereby certify that on May 2, 2005, I caused the foregoing Motion for Modifying sentence to be sent by ground U.S. Mail to the following counsel of record:

    Eric J. Glover, AUSA
    Federal Bar No. ct 23923
    157 Church Street
    New Haven, Ct. 06510
    (203) 821-3700

Respectfully,

C Delgado
Carlos J. Delgado
# 14943-014
BIG SANDY - U.S.P.
Po Box 2068
Inez, KY 41224

# MITTIMUS

C.G.S. §§ 18-23, 18-63, 18-65, 18-82, 54-2a, 54-64b, 54-92a, 54-96b, 54-97, 54-98, 18-73, 18-76, Pr. Bk. Sec. 43-17 to 43-20

PSI waived

☒ JUDGMENT   ☐ CONTINUANCE
☐ FAILURE TO MEET CONDITIONS OF RELEASE UNDER 54-2a

TO: Any Proper Officer

**INSTRUCTIONS TO CLERK**
Prepare a separate Mittimus for each file.
**TO OFFICER**
Original to receiving facility; return copy to court.

**STATE OF CONNECTICUT SUPERIOR COURT**
www.jud.state.ct.us

| DOCKET NO. | NAME OF DEFENDANT | DATE OF BIRTH | DATE OF DISPOSITION | DATE SENTENCE TO BEGIN (if different) |
|---|---|---|---|---|
| TD CR030079467 T | Carlos Delgado | 6-14-69 | 10-8-04 | |

NAME AND LOCATION OF RECEIVING FACILITY: CC

NAME AND LOCATION OF COURT: JD 20 Park St Rockville CT

☒ CRIME(S) CONVICTED   ☐ CRIME(S) CHARGED

| 1ST COUNT - STATUTE NO. | DATE OF OFFENSE | 2ND COUNT - STATUTE NO. | DATE OF OFFENSE |
|---|---|---|---|
| 21a-277(b) | 6-26-03 | | |

| 3RD COUNT - STATUTE NO. | DATE OF OFFENSE | 4TH COUNT - STATUTE NO. | DATE OF OFFENSE |
|---|---|---|---|
| | | | |

| 5TH COUNT - STATUTE NO. | DATE OF OFFENSE | 6TH COUNT - STATUTE NO. | DATE OF OFFENSE |
|---|---|---|---|
| | | | |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

**COUNTS AND TERMS** (If execution of portion of sentence is suspended, show only time to be served.)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| 1 year | | | | | | 1 year |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED.

consecutive to any previously imposed sentence

(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)

☐ And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

**COUNTS AND FINES** (Show only unpaid portion of fines)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL UNPAID BALANCE |
|---|---|---|---|---|---|---|
| | | | | | | |

☐ The Defendant is entitled to sentence credit of
☐ The foregoing credit includes _____ days of credit for pretrial confinement at a police or courthouse lockup.

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

TO BE HELD AT (Name and address of court): _____   ☐ J.D.  ☐ G.A.   ON (Date): _____   SURETY BOND AMOUNT: _____

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is wilful.

SIGNED (Assistant Clerk): [signature]   By Order of the Court   ON (Date): 10-8-04

RECEIVING FACILITY TIME STAMP

**ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT**
I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

NAME AND LOCATION OF RECEIVING FACILITY: _____

TITLE OF DELIVERING OFFICER: _____   SIGNATURE OF DELIVERING OFFICER: _____   SIGNATURE OF RECEIVING OFFICER: _____



# State of Connecticut
### DIVISION OF CRIMINAL JUSTICE

### OFFICE OF THE STATE'S ATTORNEY
JUDICIAL DISTRICT OF TOLLAND

**MATTHEW C. GEDANSKY**
**STATE'S ATTORNEY**

✓ PLEASE REPLY TO:
☒ JUDICIAL DISTRICT SUPERIOR COURT
20 PARK ST. - BOX 270
ROCKVILLE, CT 06066
TELEPHONE (860) 870-3270
FAX (860) 870-3299

☐ SUPERIOR COURT G.A-19
20 PARK ST. - BOX 270
ROCKVILLE, CT 06066
TELEPHONE (860) 870-3277
FAX (860) 870-3299

December 2, 2004

Warden Dan Dove
Big Sandy USP
1197 Airport Road
Inez, KY 41224

Re: Carlos Delgado # 14943-014 date of birth 06/14/1969

Dear Warden Dove:

    Enclosed please find a copy of Form 9, Agreement on Detainers and a certified copy of the Judgment of Mittimus pertaining to the above captioned inmate. Please place this paperwork in Carlos Delgado's file for future reference so he can be returned to Connecticut to complete his state sentence.

    Carlos Delgado was brought to Connecticut under the Interstate Agreement on Detainers. He will be returned to your facility on December 15th 2004 at approximately 11:30 am as his criminal matters have been disposed.

    Please notify the Connecticut Interstate Compact Office located at 1153 East Street South, Suffield, CT 06080 within thirty days of Delgado's release date so arrangements can be made to bring Mr. Delgado to Connecticut.

    If there are any questions, please contact me at the above address or telephone number.

Very truly yours,

Diane Davis-Morianos, Inspector
Division of Criminal Justice

AN EQUAL OPPORTUNITY\AFFIRMATIVE ACTION EMPLOYER