UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARLOS DELGADO | : | |
| | : | Crim. No. 3:03-CR-224(PCD) |
| v. | : | Civil No. 3:06-CV-90(PCD) |
| | : | |
| UNITED STATES OF AMERICA | : | February 21, 2006 |

### GOVERNMENT'S MOTION FOR EXTENSION OF TIME

Respondent United States of America hereby respectfully requests additional time within which to respond to defendant Carlos Delgado's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence [doc. #1, filed 1/18/06]. The government's response is currently due on February 22, 2006. See Order to Show Cause [doc. #2, dated 1/23/06], directing the Government to file a response by February 22, 2006. Due to undersigned counsel's work load in other cases, the government respectfully requests an additional 30 days within which to respond, which would make the government's response due on March 24, 2006.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/Eric J. Glover
ERIC J. GLOVER
ASSISTANT U.S. ATTORNEY
Federal Bar No. CT23923
157 Church Street, 23rd Floor
New Haven, CT  06510
Tel.: (203) 821-3745
Fax: (203) 773-5378
eric.glover@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this 21st day of February 2006, a true and correct copy of the foregoing Motion was served via first-class mail, postage prepaid, upon

        Carlos Delgado
        Inmate #14943-014
        U.S.P. - Big Sandy
        PO Box 2068
        Inez, KY 41224

                /s/Eric J. Glover_____
                Eric J. Glover
                Assistant U.S. Attorney