UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | Case No. 3:03CR00224 (PCD) |
| CARLOS J. DELGADO,<br>    Defendant. | : <br> : | |

**ORDER**

  Defendant's Motion for Modifying Sentence [Doc. 102] is **denied as moot.** Although the motion was properly filed on May 31, 2005, for administrative reasons that are totally unknown to the undersigned and are in no way the responsibility of the Defendant, the matter has not come to the attention of the Court for action until now, sixteen months later. Through no fault of the Defendant, the matter he raises in his motion is moot because his sentence has expired and been completed.

  SO ORDERED.

                Dated at New Haven, Connecticut, September _6_, 2006.

                             /s/
                          Peter C. Dorsey
                     United States District Judge