# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. CARLOS DELGADO

Docket No. 3:03CR00224(PCD)

## AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW**, Michael P. Rafferty, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Carlos Delgado who was sentenced to 37 months' imprisonment followed by 3 years' supervised release, for a violation of Trafficking in Unauthorized and Counterfeit Access Devices, in violation of 18 U.S.C. § 1029(a)(2), by the Honorable Peter C. Dorsey, Senior United States District Judge, sitting in the court in New Haven, Connecticut on May 7, 2004, and imposed the general terms and conditions theretofore adopted by the Court and also imposed the following special conditions: 1) The defendant shall obtain a psychiatric and/or psychological evaluation and/or in-patient/out-patient counseling as approved by the U.S. Probation Office (USPO); 2) The defendant shall obtain substance abuse treatment and/or in-patient/out-patient counseling as approved by USPO; 3) The defendant shall pay some or all of the costs of substance abuse and/or mental health treatment as deemed necessary and as approved by USPO on a pro rated basis; 4) The defendant shall submit to random urine testing & monitoring as approved by USPO; 5) The defendant shall perform community service for a period of 4 hours per week for one year for a total of 200 hours; 6) The defendant shall have no involvement nor relationship with nor be in the presence of any person who uses, deals with, or distributes drugs, nor shall he be in the presence of any actual usage of, dealing in or distribution of drugs of any nature; and 7) The defendant shall obtain no credit cards, credit utilization or any financial dealings without prior approval of USPO.

On June 2, 2006, the defendant began his term of supervised release with a scheduled termination date of June 1, 2009.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

**Charge No. 1 - Mandatory Condition:** "While on supervised release, the defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance." On March 6, 2007, the Connecticut State Police contacted the Probation Office regarding an active warrant for Mr. Delgado's arrest. The warrant stems from an incident involving the theft of a television from the Back Door Café in Preston, Connecticut several weeks prior. To date, Mr. Delgado has made himself unavailable to state authorities or the Probation Office.

**Charge No. 2 - Mandatory Condition:** "You shall refrain from any unlawful use of a controlled substance. You shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer." Mr. Delgado tested positive for marijuana on February 27, 2007.

**Charge No. 3 - Standard Condition:** "You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." Mr. Delgado initially denied all use of illegal substances when questioned by the Probation Office, however, he later recanted his statements and admitted that he smoked marijuana two months prior to his February test. In addition, he was instructed to report on March 8, 2007, so another sample could be taken and sent to the lab for further analysis. He failed to report on that date and when contacted via telephone, Mr. Delgado refused to respond to questioning by the probation officer.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a warrant with the period of supervision tolled, and bringing the defendant before the Court to show cause why his supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 26TH day of March 2007, and ordered filed and made a part of the records in the above case.

_____
The Honorable Alfred V. Covello
Senior United States District Judge

Sworn to By

_Michael P. Rafferty_
Michael P. Rafferty
United States Probation Officer

Place Hartford, Connecticut

Date MARCH 26, 2007

Before me, the Honorable Alfred V. Covello, Senior United States District Judge, on this 26TH day of March 2007, at Hartford, Connecticut, U.S. Probation Officer Michael P. Rafferty appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Alfred V. Covello
Senior United States District Judge