UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:03CR00224(PCD) |
| CARLOS DELGADO | : July 26, 2007 |

**APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Eric J. Glover, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Tuesday, July 31, 2007 at 2:00 p.m., there will come before this Court, at 141 Church Street, New Haven, Connecticut, the criminal case of *United States of America v. Carlos Delgado*, Criminal No. 3:03CR00224(PCD).

2. That the above-named defendant, **CARLOS DELGADO**, is charged with a violation of supervised release.

3. That the said **CARLOS DELGADO** is now confined at the Corrigan Correctional Institution, 986 Norwich-New London Tpke, Uncasville, CT 06382.

4. That the said **CARLOS DELGADO** should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Corrigan Correctional Institution, 986 Norwich-New London Tpke, Uncasville, CT 06382, and the United States Marshal for the District of

Connecticut, or any of his proper deputies, ordering them to produce the said **CARLOS DELGADO** at the United States Courthouse, 141 Church Street, New Haven, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

        UNITED STATES OF AMERICA

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        /s/Eric J. Glover
        ERIC J. GLOVER
        ASSISTANT UNITED STATES ATTORNEY
        157 CHURCH STREET, 23RD FLOOR
        NEW HAVEN, CT 06510
        TEL. (203) 821-3700
        FEDERAL BAR NO. ct23923
        ERIC.GLOVER@usdoj.gov

STATE OF CONNECTICUT              :
                                  : ss. New Haven, July 26, 2007
COUNTY OF NEW HAVEN               :

    Personally appeared before me Eric J. Glover, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

                                                                  /s/Amy Konarski

                                                                  _____
                                                                  AMY B. KONARSKI
                                                                  NOTARY PUBLIC
                                                                  My Commission Expires: 5/31/2008