**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. |
| | : | |
| **CARLOS DELGADO** | : | July 31, 2007 |

<u>**MOTION TO PERMIT APPEARANCE OF LAW STUDENT INTERN**</u>

Pursuant to Local Civil Rule 83.9, the United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves to permit the appearance of a law student intern, Benjamin Rogers, for the purpose of assisting in the representation of the Government during the course of the proceedings in this case. In support of this motion, the government states as follows:

1. The undersigned Assistant United States Attorney is a member of the bar of this Court in good standing.

2. The undersigned will assume personal professional responsibility for Mr. Rogers's work in connection with this proceeding.

3. The undersigned will assist Mr. Rogers to the extent necessary.

4. The undersigned will appear with Mr. Rogers at all times during any proceedings in this case.

5. The undersigned by this motion indicates in writing his consent to supervise Mr. Rogers pursuant to Local Rule 83.9.

6. With respect to Mr. Rogers's qualifications, the undersigned states:

    a.    Mr. Rogers is enrolled in good standing at Yale Law School, a law school approved by the American Bar Association, and received her Juris Doctor Degree in May 2009.

    b.    Mr. Rogers has completed the equivalent of at least two semesters of legal study.

    c.    Mr. Rogers will be introduced to the Court by undersigned counsel.

    d.    Mr. Rogers is working as a law student intern for the United States Attorney's Office and is not employed or compensated by a client.

WHEREFORE, the Government moves to allow Benjamin Rogers to appear as described above on behalf of the United States in connection with proceedings in this case.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    EDWARD T. KANG
    ASSISTANT U.S. ATTORNEY
    Federal Bar No. ct26653
    157 Church Street, 23rd Floor
    New Haven, CT  06510
    Tel.: (203) 821-3700
    Fax: (203) 773-5376
    Edward.kang@usdoj.gov

## **CERTIFICATION**

      I hereby certify that on July 31, 2007, a copy of foregoing MOTION TO PERMIT APPEARANCE OF LAW STUDENT INTERN was served by hand on counsel for the defendant.

_____
EDWARD T. KANG
ASSISTANT U.S. ATTORNEY