AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT ___ JBN
7/31/07
Kevin F. Rowe, Clerk
By. _____
Deputy Clerk

UNITED STATES OF AMERICA

V.

CARLOS DELGADO

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule ~~5 or~~ 32.1, Fed. R. Crim. P.)

Case Number: 03 CR 224 (PCD)

I, CARLOS DELGADO, charged in a (~~Complaint~~) (petition) pending in this District with Violation of Supervised Release

in violation of Title _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by ~~Rule 5 or~~ Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (~~examination~~) (hearing), do hereby waive (give up) my right to a preliminary (~~examination~~) (hearing).

7/31/07
Date

C. Delgado
Defendant

[signature]
Counsel for Defendant