IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------x
:
UNITED STATES OF AMERICA           :     3:03 CR 224 (PCD)
:
v.                                 :
:
CARLOS DELGADO                     :     DATE: JULY 31, 2007
:
------------------------------------------------------x

## ORDER OF DETENTION

Defendant is currently in state custody, so that counsel agree that the issue of bond is academic. Therefore, by agreement of counsel, the Government's motion for pretrial detention is <u>granted</u>, without prejudice to defendant filing a motion for reconsideration, if and when his release from state court appears imminent, after consultation with the U.S. Probation Office.

Dated at New Haven, Connecticut, this 31th day of July, 2007.


/s/_____
Joan G. Margolis
U.S. Magistrate Judge