UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF | : | CASE NO.: 3:03CR224 (PCD) |
| | : | |
| V. | : | |
| | : | |
| CARLOS DELGADO,<br>DEFENDANT | : | SEPTEMBER 26, 2007 |

## DEFENDANT CARLOS DELGADO'S
## MOTION TO CONTINUE VIOLATION HEARING

The defendant, CARLOS DELGADO, by and through undersigned counsel, respectfully moves this Court to continue his violation hearing for sixty (60) days to November 27, 2007 or a convenient date thereafter. Mr. Delgado's hearing date is currently scheduled for September 27, 2007. In support of this motion, defense counsel represents as follows:

1. On or about March 22, 2007 the defendant was alleged to have violated the terms of his supervised release in violation of 18 U.S.C. § 3583.

2. The petition for action is based largely on the defendant's arrests on both May 23, 2007 by the Windham Police Department and May 24, 2007 by the Connecticut State Police.

3. The charges for the above-mentioned incidents are pending in the Danielson Superior Court at G.A. # 11.

4. Undersigned counsel requests a sixty (60) day extension of time within which to hold a violation hearing so that undersigned counsel can consult with Attorney John Newson, who is handling Mr. Delgado's state matters.

5. Undersigned counsel has spoken to Assistant United States Attorney Eric Glover regarding this motion, and he does not object to this request.

This is CARLOS DELGADO'S first motion for a continuance of his violation hearing.

WHEREFORE, the defendant CARLOS DELGADO respectfully requests that his motion for a continuance of his hearing be granted.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
CARLOS DELGADO

BY _____
Audrey A. Felsen, Esq.
Koffsky & Felsen, LLC
1200 Summer Street
Suite 201B
Stamford, CT  06905
Tel.: 203-327-1500
Fax: 203-327-7660
Federal Bar No.: ct20891
E-mail: afelsen@aol.com

**CERTIFICATION**

THIS IS TO CERTIFY that on the 26th day of September, 2007 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Audrey A. Felsen