UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:03CR224 (PCD) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| CARLOS DELGADO, | : | |
| DEFENDANT | : | OCTOBER 24, 2007 |

### DEFENDANT CARLOS DELGADO'S
### MOTION TO CONTINUE VIOLATION HEARING

The defendant, CARLOS DELGADO, by and through undersigned counsel, respectfully moves this Court to continue his violation hearing for thirty (30) days to November 27, 2007 or a convenient date thereafter. Mr. Delgado's hearing date is currently scheduled for October 29, 2007. In support of this motion, defense counsel represents as follows:

1. On or about March 22, 2007 the defendant was alleged to have violated the terms of his supervised release in violation of 18 U.S.C. § 3583.

2. The petition for action is based largely on the defendant's arrests on both May 23, 2007 by the Windham Police Department and May 24, 2007 by the Connecticut State Police.

3. The charges for the above-mentioned incidents are pending in the Danielson Superior Court at G.A. # 11.

4. Undersigned counsel spoke to Attorney John Newson, the defendant's attorney in the above-referenced state matters.

5. Attorney Newson indicated that he has had preliminary discussions with the state's attorney regarding a possible resolution of the defendant's cases.

6. Attorney Newson indicated that the defendant's next court date is November 13th.

7. Undersigned counsel has researched the defendant's options regarding resolving his cases in two different jurisdictions.

8. Undersigned counsel needs additional time to advise Mr. Delgato as to these options.

9. Undersigned counsel is scheduled to begin trial in State of Connecticut v. Todd Ruffin in Stamford Superior court on October 31st and will be unable to visit with Mr. Delgado until after November 10th.

10. Undersigned counsel has spoken to Assistant United States Attorney Eric Glover regarding this motion, and he does not object to this request.

This is CARLOS DELGADO'S second motion for a continuance of his violation hearing.

WHEREFORE, the defendant CARLOS DELGADO respectfully requests that his motion for a continuance of his hearing be granted.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
CARLOS DELGADO

BY _____
Audrey A. Felsen, Esq.
Koffsky & Felsen, LLC
1200 Summer Street
Suite 201B
Stamford, CT 06905
Tel.: 203-327-1500
Fax: 203-327-7660
Federal Bar No.: ct20891
E-mail: afelsen@aol.com

## CERTIFICATION

THIS IS TO CERTIFY that on the 24th day of October, 2007 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Audrey A. Felsen