UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMENDED Miscellaneous Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

**December 12, 2007   **

**2:00 P.M. **

**PLEASE NOTE: Rescheduled from November 27, 2007**

CASE NO.   3:03 cr 224 (PCD)   USA v. Carlos Delgado

Hearing on Violation of Pretrial Release

COUNSEL OF RECORD:

| | |
|---|---|
| Eric I. Glover, AUSA | U.S. Attorney's Office, 157 Church St., New Haven, CT 06510     203-821-3700 |
| Audrey A. Felsen, Esq. | Koffsky & Felsen, LLC., 1200 Summer St., Suite 201B, Stamford, CT 06905  203-327-1500 |
| Michael Rafferty, USPO | U.S. Probation Office, Federal Bldg., Rm. 735, 450 Main St., Hartford, CT 06103  860-240-3661 |

BY ORDER OF THE COURT
ROBERTA D. TABORA, CLERK