UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 3:03CR-224(PCD) |
| v. | |
| CARLOS J. DELGADO | November 27, 2007 |

**<u>NOTICE OF APPEARANCE</u>**

Please enter the appearance of Michael S. McGarry, Assistant United States Attorney, as counsel for the United States of America in the above-referenced case.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        /s/
        MICHAEL S. McGARRY
        ASSISTANT UNITED STATES ATTORNEY
        FEDERAL BAR NO. CT25713
        157 CHURCH STREET, 23RD FLOOR
        NEW HAVEN, CT 06510
        TEL. 203.821.3751
        FAX 203.773.5376
        MICHAEL.MCGARRY@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 27, 2007, a copy of the foregoing was served by U.S. Mail on:

Audrey A. Felsen, Esq.
1200 Summer St.
Suite 201B
Stamford, CT 06905

                                      /s/_____
                                      Michael S. McGarry
                                      Assistant U.S. Attorney