UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 3:03CR-224(PCD) |
| v. | |
| CARLOS J. DELGADO | November 27, 2007 |

**<u>MOTION TO WITHDRAW APPEARANCE</u>**

Pursuant to Local Civil Rule 7(e), *see* D. Conn. L. Cr. R. 1(c) (making D. Conn. L. Civ. R. 7(e) applicable), the undersigned moves to withdraw his appearance for the United States of America in this matter. In support of this motion, the undersigned states that on November 27, 2007, Assistant United States Attorney Michael S. McGarry filed his appearance on behalf of the United States of America.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    /s/
    ERIC J. GLOVER
    ASSISTANT UNITED STATES ATTORNEY
    FEDERAL BAR NO. CT23923
    157 CHURCH STREET, 23RD FLOOR
    NEW HAVEN, CT 06510
    TEL. 203.821.3735
    FAX 203.773.5376
    ERIC.GLOVER@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 27, 2007, a copy of the foregoing was served by U.S. mail on:

Audrey A. Felsen, Esq.
1200 Summer St.
Suite 201B
Stamford, CT 06905

/s/_____
Eric J. Glover
Assistant United States Attorney