UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 3:03CR224 (PCD) |
| v. | |
| CARLOS J. DELGADO | DECEMBER 10, 2007 |

**MOTION TO WITHDRAW APPEARANCE**

The undersigned moves to withdraw his appearance as counsel for the United States of America in this matter. Accordingly, it is requested that this motion be granted.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


EDWARD T. KANG
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct26653
157 Church Street
New Haven, Connecticut 06510
Tel: 203-821-3700
Fax: 203-773-5378
Email: edward.kang@usdoj.gov

## CERTIFICATION

This is to certify that a copy of the foregoing withdrawal of appearance was sent by First Class mail on this 10th day of December 2007, to the following pros se parties and counsel of record:

Carlos J. Delgado, PRO SE
139213
245 Whalley Avenue
New Haven, Connecticut  06511

Audrey A. Felsen, Esq.
1200 Summer Street, Suite 201B
Stamford, Connecticut  06905

                                      EDWARD T. KANG
                                      ASSISTANT UNITED STATES ATTORNEY