Viol-Hrg(May 22, 2007)

HONORABLE _P. C. Dorsey_

DEPUTY CLERK _P. Villano_   RPTR/ECRO/TAPE _Rocko_

USPO _Hunt_   INTERPRETER _____

TOTAL TIME: _6_ hours _45_ minutes

DATE _5/5/08_   START TIME _11:38a_ END TIME _12:26p_

CR. No. _03cr224 (PCD)_   DEFT # _____

UNITED STATES OF AMERICA   §   DEFT _Eric Glover_ _____ AUSA
§
vs.   §
§
_Carlos J. Delgado_   §   _Audrey A. Feisen_ ☐
   Counsel for Defendant: CJA (C), Ret (R), PDA (P)

## PROBATION/SUPERVISED RELEASE VIOLATION HEARING

☑ SUPERVISED RELEASE   ☐ PROBATION   ☐ COMPLIANCE HEARING (check one)

☐ ........ Deft arrested on _____

☐ ........ Deft failed to appear, Bench warrant to issue

☐ ........ Violation Hrg continued until _____ at _____

☑ ........ Deft admits violation

☐ ........ CJA 23 Financial Affidavit filed ☐ sealed by the Court.

☐ ........ Court appoints _____ to represent defendant ☐ for this proceeding ☐ for entire proceeding;
_____ CJA Appointment date: _____

☐ ........ Order appointing Federal Public Defender's Office filed

☑ ........ Court finds deft ☑ has ☐ has not violated terms of ☐ probation ☑ supervised release

☑ ........ Probation/Supervised Release ☑ revoked ☐ continued ☐ modified

☑ ........ ___18___ months imprisonment on Count(s)_____

☑ ........ Upon release the defendant shall be on supervised release for a term of _____ years/months

☐ ........ ☐ Supervised release ☐ probation continued for a period of _____ years/months on count(s)
_____

☐ ........ Deft shall pay a fine of $_____ on Count(s)_____ to be paid by _____

☐ ........ Court recommends incarceration at _____

☐ ........ Deft shall pay $_____ per month for the cost of ☐ incarceration ☐ supervised release
☐ community confinement (Halfway House)

☐ ........ Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.

☐ ........ Deft ordered to surrender on _____ to ☐ U.S. Marshal ☐ institution

☐ ........ Bond ☐ continued ☐ set at $_____ ☐ Non-surety ☐ Surety ☐ PR

☐ ........ Violation sentencing set for _____

☑ ........ Deft detained

☑ ........ _Recommends State & federal sentence run to gether. Get credit for time served_

☐ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE