# UNITED STATES DISTRICT COURT

District of **CONNECTICUT**

UNITED STATES OF AMERICA
V.

CARLOS DELGADO

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 3:03CR00224(PCD)
USM Number: 14943-014

Audrey Felson
Defendant's Attorney

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s) ____1, 2, 3____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| #1 | New Criminal Conduct | 5/24/07 |
| #2 | Drug Use | 2/27/07 |
| #3 | Failure to Report to Probation Office as Directed | 3/8/07 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 4998

Defendant's Date of Birth: 1969

Defendant's Residence Address:
320 Tobacco Street
Lebanon, Connecticut 06249

Defendant's Mailing Address:
320 Tobacco Street
Lebanon, Connecticut 06249

May 5, 2008
Date of Imposition of Judgment

/s/ Peter C. Dorsey, SUSDJ
Signature of Judge

The Honorable Peter C. Dorsey, Senior U.S. District Judge
Name and Title of Judge

5/12/08
Date

| | |
|---|---|
| DEFENDANT: DELGADO, CARLOS | Judgment — Page 2 of 2 |
| CASE NUMBER: 3:03CR00224(PCD) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**18 MONTHS**

■ The court makes the following recommendations to the Bureau of Prisons:
1) That the defendant receive credit for time in detention since May 24, 2007;
2) That the federal sentence be served concurrent to whatever state sentence is imposed on the related state cases;
3) That the defendant be designated by the BOP to a State of Connecticut facility for service of his sentence; and/or
4) In the alternative, that the defendant be designated to a BOP facility forthwith for the service of this sentence.

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL